**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **HEATHER BOONE and ROXANNE RIVERA, on Behalf of Themselves and All Others Similarly Situated**<br><br>Plaintiffs,<br><br>V.<br><br>**AMAZON.COM SERVICES, LLC,**<br><br>Defendant. | §<br>§<br>§<br>§<br>§ **CIVIL ACTION NO.:**<br>§ **1:21-cv-241-DAD-BAM**<br>§<br>§<br>§<br>§<br>§<br>§ |

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

I, ___Don J. Foty___ attorney for ___Heather Boone and Roxanne Rivera, on Behalf of Themselves and All Others Similarly Situated,___ hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Hodges & Foty, LLP |
| Address: | 4409 Montrose Blvd., Suite 200 |
| | |
| City: | Houston |
| State: | Texas        ZIP Code: 77006 |
| Voice Phone: | (713) 523-0001 |
| FAX Phone: | (713) 523-1116 |
| Internet E-mail: | dfoty@hftrialfirm.com |
| Additional E-mail: | |
| I reside in City: | Houston      State: Texas |

I was admitted to practice in the ___Bar of Texas___ (court) in ___November 3, 2006___ (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☑ / have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
Amado Haro et al. v. Walmart Inc., Civil Action No: 1:21-cv-239-DAD-SKO.
The application was filed on 2/25/2021. The application was Granted on 3/1/2021.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Matthew S. Parmet

Firm Name: Parmet PC

Address: 340 S. Lemon Ave., #1228

City: Walnut

State: California   ZIP Code: 91789

Voice Phone: (310) 928-1277

FAX Phone: 

E-mail: matt@parmet.law

Dated: 3/2/2021   Petitioner: [signature]

**ORDER**

Certificate of good standing is not attached to the final document approved by the Court but attached to the filing submitted by counsel on March 2, 2021.

IT IS SO ORDERED.

Dated:   **March 4, 2021**                              /s/ *Barbara A. McAuliffe*