UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER BOONE and ROXANNE RIVERA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | Case No. 1:21-cv-00241-DAD-BAM<br><br>**ORDER RE JOINT STIPULATION TO SET DEADLINE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT AND FOR DEFENDANT TO RESPOND TO THE AMENDED COMPLAINT PURSUANT TO L.R. 143 AND FED. R. CIV. P. 15**<br><br>(Doc. 18) |

On April 14, 2021, the parties filed a joint stipulation to allow Plaintiffs until May 13, 2021 to file an amended complaint and to allow Defendant until June 3, 2021 to file its response to Plaintiffs' amended complaint. (Doc. 18.)

Having considered the parties' stipulation, and cause appearing, IT IS HEREBY ORDERED that Plaintiffs shall be permitted to file an amended complaint on or before May 13, 2021, and Defendant will have until June 3, 2021, to file its response to the amended complaint.

IT IS FURTHER ORDERED that the Scheduling Conference currently set for May 25, 2021, is CONTINUED to **July 8, 2021, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** At least one (1) week prior to the conference, the parties shall file a Joint Scheduling Report. The parties shall appear at the conference remotely with each party

connecting either via Zoom video conference or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **April 15, 2021**                        /s/ *Barbara A. McAuliffe*          _
                                                               UNITED STATES MAGISTRATE JUDGE