Matthew S. Parmet (SBN 296742)
matt@parmet.law
PARMET PC
340 S. Lemon Ave., #1228
Walnut, CA 91789
Telephone:    713.999.5228
Facsimile:    713.999.1187

*Local Counsel for Plaintiff*

*Don J. Foty
*David W. Hodges
William Hogg (SBN 338196)
HODGES & FOTY, LLP
4409 Montrose Blvd, Suite 200
Houston, Texas 77006
Telephone:    713.523.0001
Facsimile:    713.523.1116
dfoty@hftrialfirm.com
dhodges@hftrialfirm.com
whogg@hftrialfirm.com

*Counsel for Plaintiffs and Putative Class Members*

*Admitted *pro hac vice*

Katherine V.A. Smith (SBN 247866)
ksmith@gibsondunn.com
Bradley J. Hamburger (SBN 266916)
bhamburger@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

*Jason C. Schwartz
jschwartz@gibsondunn.com
*Andrew G.I. Kilberg
akilberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:    202.955.8500
Facsimile:    202.467.0539

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HEATHER BOONE and ROXANNE RIVERA, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | Case No. 1:21-cv-00241-DAD-BAM<br><br>**JOINT STIPULATION AND ORDER AS TO DEFENDANT'S ANSWER DEADLINE TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Second Amended Complaint Filed:  Jan. 14, 2022 |

Pursuant to Rule 143 of the Local Rules of the United States District Court for the Eastern District of California and Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Heather Boone and Roxanne Rivera and Defendant Amazon.com Services, LLC (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and request as follows:

WHEREAS, Plaintiffs filed a Complaint in this Court on February 23, 2021 (Dkt. No. 1);

WHEREAS, Plaintiffs then filed their First Amended Complaint on May 14, 2021 (Dkt. No. 23);

WHEREAS, Defendant filed its Motion to Dismiss the Plaintiffs' First Amended Complaint on June 3, 2021 (Dkt. No. 24);

WHEREAS, Briefing on Defendant's Motion to Dismiss the Plaintiffs' First Amended Complaint was closed on June 29, 2021 when Defendant filed its Reply in Support of Defendant's Motion to Dismiss the Plaintiffs' First Amended Complaint (Dkt. No. 30);

WHEREAS, the Parties then reached an agreement for Plaintiffs to file a Second Amended Complaint on or before January 14, 2022. (Dkt. 35).

WHEREAS, the Parties further agreed that the Motion to Dismiss filed by Defendant on June 3, 2022 constituted the responsive pleading for Plaintiffs' Second Amended Complaint and Defendant's Motion to Dismiss the Plaintiffs' First Amended Complaint was deemed a Motion to Dismiss Plaintiffs' Second Amended Complaint. (*Id*.).

WHEREAS, the Parties have further agreed that the Court's decision as to whether Plaintiffs have sufficiently pled Count 1 of the Plaintiffs' First Amended Complaint (Failure to Pay All Wages in Violation of Cal. Labor Code §§ 204, 1194, 1194.2, 1197, 1197.1, 1198) and Count 2 (Failure to Pay Overtime (Violation of California Labor Code §§ 510,  558, 1194; and IWC Wage Order 4-2001) shall be applicable to Plaintiffs' claim under the California Private Attorney General Act. (*Id*.)

WHEREAS, the Plaintiffs' Second Amended Complaint was filed on January 14, 2022. (Dkt. 36).

WHEREAS, the Court issued its Order granting in part and denying in part Defendant's Motion to Dismiss. (Dkt. 39).  In the Court's Order, the Court directed Plaintiffs to file a notice of intent to

proceed on the remaining claims in the Second Amended Complaint or to file a Third Amended Complaint by April 1, 2022. (*Id*. at pg. 31).

WHEREAS, the Plaintiffs have agreed to proceed on the remaining claims in the Second Amended Complaint and the Plaintiffs do not intend to file a Third Amended Complaint.

THEREFORE, IT IS STIPULATED AND REQUESTED THAT, by and between the undersigned counsel, and subject to the Court's approval, that the deadline for Defendant to file its Answer to Plaintiffs' Second Amended Complaint is Monday, April 11, 2022.

Dated: March 23, 2022                    HODGES & FOTY, LLP

                                         By:   /s/ *Don J. Foty*
                                               Don J. Foty (admitted *pro hac vice*)
                                               David W. Hodges (admitted *pro hac vice*)

                                         *Attorneys for Plaintiffs Heather Boone*
                                         *and Roxanne Rivera*

                                         GIBSON, DUNN & CRUTCHER LLP

                                         By:   /s/ *Bradley J. Hamburger*
                                               Jason C. Schwartz (admitted *pro hac vice*)
                                               Katherine V.A. Smith
                                               Bradley J. Hamburger
                                               Andrew G.I. Kilberg (admitted *pro hac vice*)

                                         *Attorneys for Defendant Amazon.com Services LLC*

**ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, to and including April 11, 2022, in which to file a response to Plaintiff's Second Amended Complaint.

IT IS SO ORDERED.

Dated:   **March 23, 2022**                     ____/s/ *Barbara A. McAuliffe*____
                                                UNITED STATES MAGISTRATE JUDGE