| | |
|---|---|
| Matthew S. Parmet (SBN 296742) | Katherine V.A. Smith (SBN 247866) |
| matt@parmet.law | ksmith@gibsondunn.com |
| PARMET PC | Bradley J. Hamburger (SBN 266916) |
| 340 S. Lemon Ave., #1228 | bhamburger@gibsondunn.com |
| Walnut, CA 91789 | GIBSON, DUNN & CRUTCHER LLP |
| Telephone: 713.999.5228 | 333 South Grand Avenue |
| Facsimile: 713.999.1187 | Los Angeles, CA 90071-3197 |
| | Telephone: 213.229.7000 |
| *Local Counsel for Plaintiff* | Facsimile: 213.229.7520 |
| | |
| *Don J. Foty | *Jason C. Schwartz |
| *David W. Hodges | jschwartz@gibsondunn.com |
| William Hogg (SBN 338196) | *Andrew G.I. Kilberg |
| HODGES & FOTY, LLP | akilberg@gibsondunn.com |
| 4409 Montrose Blvd, Suite 200 | GIBSON, DUNN & CRUTCHER LLP |
| Houston, Texas 77006 | 1050 Connecticut Avenue, N.W. |
| Telephone: 713.523.0001 | Washington, DC 20036-5306 |
| Facsimile: 713.523.1116 | Telephone: 202.955.8500 |
| dfoty@hftrialfirm.com | Facsimile: 202.467.0539 |
| dhodges@hftrialfirm.com | |
| whogg@hftrialfirm.com | *Attorneys for Defendant* |
| | |
| *Counsel for Plaintiffs and Putative Class Members* | |

*Admitted *pro hac vice*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HEATHER BOONE and ROXANNE RIVERA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | Case No. 1:21-cv-00241-DAD-BAM<br><br>**JOINT STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE AND DEADLINES FOR DEFENDANT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL** |

Pursuant to Rules 143, 144, and 230 of the Local Rules of the United States District Court for the Eastern District of California, Plaintiffs Heather Boone and Roxanne Rivera and Defendant Amazon.com Services LLC (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and request as follows:

WHEREAS, the Court issued an order granting in part and denying in part Defendant's Motion to Dismiss.  (Dkt. 39).

WHEREAS, Defendant filed its Answer on April 11, 2022.  (Dkt. 43).

WHEREAS, the Parties have not yet commenced formal discovery.

WHEREAS, Defendant filed a Motion for Certification of Interlocutory Appeal under 28 U.S.C. § 1292(b) on April 11, 2022.  (Dkt. 44).

WHEREAS, Plaintiffs' deadline to file an opposition to the Motion is May 3, 2022, Defendant's deadline to file a reply in support of the Motion is May 10, 2022, and hearing on the Motion is noticed for May 17, 2022.

WHEREAS, the initial scheduling conference was calendared for April 12, 2022.

WHEREAS, the Parties have agreed to mediate this action on September 8, 2022.

WHEREAS, the mediation may resolve this action in full.

WHEREAS, it would conserve the Court's and the Parties' time and resources to continue the briefing and hearing of the Motion until after the Parties' mediation.

WHEREAS, it also would conserve the Court's and the Parties' time and resources to continue the scheduling conference until after the Parties' mediation.

//

//

//

//

//

//

//

//

THEREFORE, IT IS STIPULATED AND REQUESTED THAT, by and between the undersigned counsel, and subject to the Court's approval: (1) the initial scheduling conference is continued to October 12, 2022 at 8:30 AM before Magistrate Judge Barbara A. McAuliffe; (2) the Parties shall file a Joint Scheduling Report one week prior to the conference; (3) Plaintiffs' deadline to file their opposition to Defendant's Motion for Certification of Interlocutory Appeal is continued to October 10, 2022; (4) Defendant's deadline to file its reply in support of its Motion for Certification of Interlocutory Appeal is continued to October 24, 2022; (5) the hearing date for Defendant's Motion for Certification of Interlocutory Appeal is continued to November 1, 2022 at 9:30 AM; and (6) all other motion and formal discovery deadlines, including the deadline to serve initial disclosures, are continued until after the initial scheduling conference on October 12, 2022 at 8:30 AM and shall be addressed in the Parties' Joint Scheduling Report.

Dated: April 14, 2022

HODGES & FOTY, LLP

By: /s/ *Don J. Foty*
Don J. Foty (admitted *pro hac vice*)
David W. Hodges (admitted *pro hac vice*)

*Attorneys for Plaintiffs Heather Boone and Roxanne Rivera*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Bradley J. Hamburger*
Jason C. Schwartz (admitted *pro hac vice*)
Katherine V.A. Smith
Bradley J. Hamburger
Andrew G.I. Kilberg (admitted *pro hac vice*)

*Attorneys for Defendant Amazon.com Services LLC*

ORDER

Pursuant to the parties' stipulation, and good cause appearing, the request to continue the scheduling conference and deadlines for briefing Defendant's Motion for Certification of Interlocutory Appeal is GRANTED. The initial scheduling conference is continued to **October 12, 2022, at 8:30 AM before Magistrate Judge Barbara A. McAuliffe**. The Parties shall file a Joint Scheduling Report one week prior to the conference.

Plaintiffs' deadline to file their opposition to Defendant's Motion for Certification of Interlocutory Appeal is continued to October 10, 2022. Defendant's deadline to file its reply in support of its Motion for Certification of Interlocutory Appeal is continued to October 24, 2022. The motion hearing set for May 17, 2022, at 9:30 AM in Courtroom 5 (DAD) is VACATED. At this time, in light of the briefing schedule, and in accordance with the Amended Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California, (Doc. 4-2), a continued hearing date will not be set.

All other motion and formal discovery deadlines, including the deadline to serve initial disclosures, are continued until after the initial scheduling conference on October 12, 2022, and shall be addressed in the Parties' Joint Scheduling Report. The Status Conference set for **July 12, 2022**, remains as calendared before the undersigned.

IT IS SO ORDERED.

Dated:   **April 14, 2022**                    /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE