| | |
|---|---|
| Matthew S. Parmet (SBN 296742)<br>matt@parmet.law<br>PARMET PC<br>340 S. Lemon Ave., #1228<br>Walnut, CA 91789<br>Telephone: 713.999.5228<br>Facsimile: 713.999.1187<br><br>*Local Counsel for Plaintiff* | Katherine V.A. Smith (SBN 247866)<br>ksmith@gibsondunn.com<br>Bradley J. Hamburger (SBN 266916)<br>bhamburger@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 |
| *Don J. Foty<br>*David W. Hodges<br>William Hogg (SBN 338196)<br>HODGES & FOTY, LLP<br>4409 Montrose Blvd, Suite 200<br>Houston, Texas 77006<br>Telephone: 713.523.0001<br>Facsimile: 713.523.1116<br>dfoty@hftrialfirm.com<br>dhodges@hftrialfirm.com<br>whogg@hftrialfirm.com<br><br>*Counsel for Plaintiffs and Putative Class Members*<br><br>*Admitted *pro hac vice* | *Jason C. Schwartz<br>jschwartz@gibsondunn.com<br>*Andrew G.I. Kilberg<br>akilberg@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>*Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HEATHER BOONE and ROXANNE RIVERA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>    Defendant. | Case No. 1:21-cv-00241-ADA-BAM<br><br>**JOINT STIPULATION AND CONTINUING SCHEDULING CONFERENCE AND DEADLINES FOR DEFENDANT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL** |

JOINT STIPULATION MODIFYING SCHEDULE

Pursuant to Rules 143, 144, and 230 of the Local Rules of the United States District Court for the Eastern District of California, Plaintiffs Heather Boone and Roxanne Rivera and Defendant Amazon.com Services LLC (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and request as follows:

WHEREAS, the Court issued an order granting in part and denying in part Defendant's Motion to Dismiss.  (Dkt. 39.)

WHEREAS, Defendant filed its Answer on April 11, 2022.  (Dkt. 43.)

WHEREAS, the Parties have not yet commenced formal discovery.

WHEREAS, Defendant filed a Motion for Certification of Interlocutory Appeal under 28 U.S.C. § 1292(b) ("Motion") on April 11, 2022.  (Dkt. 44.)

WHEREAS, the initial scheduling conference is calendared for October 12, 2022.  (Dkt. 49.)

WHEREAS, Plaintiffs' deadline to file their opposition to the Motion is October 10, 2022.  (Dkt. 49.)

WHEREAS, Defendant's deadline to file its reply in support of the Motion is October 24, 2022.  (Dkt. 49.)

WHEREAS, the Court declined to set a continued hearing date for the Motion.  (Dkt. 49.)

WHEREAS, the Parties had agreed to mediate this action on September 8, 2022.

WHEREAS, the Parties need additional time to prepare for mediation and thus have rescheduled mediation for December 21, 2022.

WHEREAS, the mediation may resolve this action in full.

WHEREAS, it would conserve the Court's and the Parties' time and resources to continue the briefing and hearing of the Motion until after the Parties' mediation.

WHEREAS, it also would conserve the Court's and the Parties' time and resources to continue the scheduling conference until after the Parties' mediation.

//

//

//

//

THEREFORE, IT IS STIPULATED AND REQUESTED THAT, by and between the undersigned counsel, and subject to the Court's approval:  (1) the initial scheduling conference is continued to January 24, 2023 at 8:30 AM before Magistrate Judge Barbara A. McAuliffe; (2) the Parties shall file a Joint Scheduling Report one week prior to the conference; (3) Plaintiffs' deadline to file their opposition to Defendant's Motion for Certification of Interlocutory Appeal is continued to January 27, 2023; (4) Defendant's deadline to file its reply in support of its Motion for Certification of Interlocutory Appeal is continued to February 10, 2023; and (5) all other motion and formal discovery deadlines, including the deadline to serve initial disclosures, are continued until after the initial scheduling conference on January 24 2023 at 8:30 AM and shall be addressed in the Parties' Joint Scheduling Report.

Dated: August 25, 2022

HODGES & FOTY, LLP

By:  /s/ *Don J. Foty*
    Don J. Foty (admitted *pro hac vice*)
    David W. Hodges (admitted *pro hac vice*)

*Attorneys for Plaintiffs Heather Boone and Roxanne Rivera*

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *Bradley J. Hamburger*
    Jason C. Schwartz (admitted *pro hac vice*)
    Katherine V.A. Smith
    Bradley J. Hamburger
    Andrew G.I. Kilberg (admitted *pro hac vice*)

*Attorneys for Defendant Amazon.com Services LLC*

## ORDER

Pursuant to the stipulation, it is so ordered that the initial scheduling conference is continued to **January 24, 2023, at 8:30 AM before Magistrate Judge Barbara A. McAuliffe**. The Parties shall file a Joint Scheduling Report one week prior to the conference. Plaintiffs' deadline to file their opposition to Defendant's Motion for Certification of Interlocutory Appeal is continued to January 27, 2023. Defendant's deadline to file its reply in support of its Motion for Certification of Interlocutory Appeal is continued to February 10, 2023. All other motion and formal discovery deadlines, including the deadline to serve initial disclosures, are continued until after the initial scheduling conference on January 24, 2023, at 8:30 AM and shall be addressed in the Parties' Joint Scheduling Report.

IT IS SO ORDERED.

Dated:   **August 25, 2022**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE