UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER BOONE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON SERVICES, LLC, <br><br> Defendant. | No.   1:21-cv-00241-ADA-BAM |
| CRISTIAN BARRERA, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES, LLC, a Delaware limited liability company, <br><br> Defendant. | No.   1:22-cv-00146-ADA-BAM <br><br> ORDER GRANTING STIPULATION TO CONSOLIDATE CASES |

On May 1, 2023, the parties' stipulated to consolidate the following cases for all purposes:

- *Boone, et al. v. Amazon Services, LLC* (No. 1:21-cv-00241-ADA-BAM); and
- *Barrera v. Amazon.com Services, LLC* (No. 1:22-cv-00146-ADA-BAM).

(*See* No. 1:21-cv-00241-ADA-BAM, ECF No. 68.)  The parties stipulated the Boone matter would be the lead case.  (*Id*.)

1

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." In exercising its discretion, the Court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).

Here, the Court finds that the actions involve the same or similar parties, claims, and questions of fact or law and that consolidation will avoid unnecessary costs and duplication of proceedings. Thus, good cause exists to grant the parties' stipulation to consolidate the cases.

Accordingly,

1. The parties' stipulation (No. 1:21-cv-00241-ADA-BAM, ECF No. 68) consolidating these cases, is granted;
2. The above-referenced cases shall be consolidated for all purposes, including trial, pursuant to Rule 42(a);
3. The Clerk of the Court is directed to file this order in each of the above-referenced cases; and
4. Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case number. Future captions should indicate the lead case number followed by the member case number as follows:

      **Lead Case:**      1:21-cv-00241-ADA-BAM

      **Member Case:**      1:22-cv-00146-ADA-BAM

IT IS SO ORDERED.

Dated:   May 6, 2023

UNITED STATES DISTRICT JUDGE