Matthew S. Parmet (SBN 296742)
matt@parmet.law
PARMET PC
340 S. Lemon Ave., #1228
Walnut, CA 91789
Telephone:	713.999.5228
Facsimile:	713.999.1187

*Local Counsel for Plaintiffs Boone and Rivera*

*Don J. Foty
*David W. Hodges
William Hogg (SBN 338196)
HODGES & FOTY, LLP
4409 Montrose Blvd, Suite 200
Houston, Texas 77006
Telephone:	713.523.0001
Facsimile:	713.523.1116
dfoty@hftrialfirm.com
dhodges@hftrialfirm.com
whogg@hftrialfirm.com

*Attorneys for Plaintiffs Boone and Rivera*

Michael Nourmand (SBN 198439)
mnourmand@nourmandlawfirm.com
James A. De Sario (SBN 262552)
jdesario@nourmandlawfirm.com
Kyle J. Ignatius (SBN 348857)
kignatius@nourmandlawfirm.com
THE NOURMAND LAW FIRM, APC
8822 West Olympic Boulevard
Beverly Hills, CA 90211
Telephone: 310.553.3600
Facsimile: 310.553.3603

*Attorneys for Plaintiff Cristian Barrera*

*Admitted *pro hac vice*

Bradley J. Hamburger (SBN 266916)
bhamburger@gibsondunn.com
Tiffany Phan (SBN 292266)
tphan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:	213.229.7000
Facsimile:	213.229.7520

*Andrew G.I. Kilberg
akilberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:	202.955.8500
Facsimile:	202.467.0539

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

1
JOINT STATUS REPORT AND NOTICE OF SETTLEMENT

| | |
|---|---|
| HEATHER BOONE and ROXANNE RIVERA, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>CRISTIAN BARRERA, individually,<br><br>      Plaintiff,<br><br> v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>      Defendant. | Case No. 1:21-CV-00241-ADA-BAM – LEAD<br>Case No. 1:22-CV-146-ADA-BAM-MEMBER<br><br>**JOINT STATUS REPORT AND NOTICE OF SETTLEMENT** |

  Plaintiffs Heather Boone and Roxanne Rivera and Defendant Amazon.com Services LLC along with Plaintiff Cristian Barrera (collectively, the "Parties"), by and through their undersigned counsel of record, hereby file this Joint Status Report and Notice of Settlement.

  The Parties are happy to report that through the efforts of mediator Lisa Klerman, they have reached a tentative settlement. Previously, the Parties participated in mediation with Ms. Klerman in April 2023 but no settlement was reached. Afterwards, the Parties continued to discuss the possibility of a settlement. Ms. Klerman continued to work with both sides and the Parties finally reached an agreement.

  The Parties are currently working to document their settlement agreement. If, for any reason, the settlement cannot be documented, the Parties will inform the Court and will request a status conference to discuss the next steps for the case.

AGREED TO BY:

Dated: August 22, 2023          HODGES & FOTY, LLP


                  By: /s/ *Don J. Foty*
                  Don J. Foty (admitted *pro hac vice*)
                  David W. Hodges (admitted *pro hac vice*)
                  *Attorneys for Plaintiffs Heather Boone and Roxanne Rivera*

| | |
|---|---|
| Dated: August 22, 2023 | GIBSON, DUNN & CRUTCHER LLP |
| | By: /s/ *Bradley J. Hamburger* |
| | Bradley J. Hamburger |
| | Tiffany Phan |
| | Andrew G.I. Kilberg (admitted *pro hac vice*) |
| | *Attorneys for Defendant Amazon.com Services LLC* |
| Dated: August 22, 2023 | THE NOURMAND LAW FIRM, APC |
| | By: */s/ Kyle J. Ignatius* |
| | Michael Nourmand |
| | James A. De Sario |
| | Kyle J. Ignatius |
| | *Attorneys for Plaintiff Cristian Barrera* |