Matthew S. Parmet (SBN 296742)
matt@parmet.law
PARMET PC
340 S. Lemon Ave., #1228
Walnut, CA 91789
Telephone:	713.999.5228
Facsimile:	713.999.1187

*Local Counsel for Plaintiffs*

*Don J. Foty
dfoty@hftrialfirm.com
*David W. Hodges
dhodges@hftrialfirm.com
HODGES & FOTY, LLP
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Telephone:	713.523.0001
Facsimile:	713.523.1116

*Attorneys for Plaintiffs Boone and Rivera*
*Admitted *pro hac vice*

Bradley J. Hamburger (SBN 266916)
bhamburger@gibsondunn.com
Tiffany Phan (SBN 292266)
tphan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:	213.229.7000
Facsimile:	213.229.7520

*Andrew G.I. Kilberg
akilberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:	202.955.8500
Facsimile:	202.467.0539

*Attorneys for Defendant*

(Additional Counsel Listed on Following Page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HEATHER BOONE and ROXANNE RIVERA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>CRISTIAN BARRERA, individually,<br><br>Plaintiff<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | **JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE DISPOSITIONAL PAPERS AND [PROPOSED] ORDER**<br><br>Case No. 1:21-CV-00241-ADA-BAM – LEAD<br>Case No. 1:22-CV-00146-ADA-BAM-MEMBER |

**Additional Counsel:**

Michael Nourmand (SBN 198439)
mnourmand@nourmandlawfirm.com
James A. De Sario (SBN 262552)
jdesario@nourmandlawfirm.com
Kyle J. Ignatius (SBN 348857)
kignatius@nourmandlawfirm.com
THE NOURMAND LAW FIRM, APC
8822 West Olympic Boulevard
Beverly Hills, CA 90211
Telephone: 310.553.3600
Facsimile: 310.553.3603

*Attorneys for Plaintiff Cristian Barrera*

Plaintiffs Heather Boone, Roxanne Rivera, and Cristian Barrera and Defendant Amazon.com Services LLC (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and request as follows:

WHEREAS, on August 22, 2023, the Parties submitted a Notice of Settlement informing the Court that they had reached a tentative settlement;

WHEREAS, on August 23, 2023, the Court, pursuant to Local Rule 160, ordered that the Parties file appropriate papers to dismiss or conclude this action in its entirety by September 12, 2023;

WHEREAS, the Parties need to complete negotiations over the contents of a detailed long-form settlement agreement;

WHEREAS, Plaintiffs additionally must prepare a motion for preliminary approval of a class-wide settlement to address the claims of more than 230,000 putative class members;

WHEREAS, the Parties are working diligently to complete the necessary dispositional papers to submit to the Court, but, in light of these circumstances above, require additional time to complete that work;

WHEREAS, the Parties respectfully submit that good cause exists for an extension of the deadline to file dispositional papers with the Court, *see* Local Rule 160(b);

THEREFORE, IT IS STIPULATED AND REQUESTED THAT, by and between the undersigned counsel, and subject to the Court's approval, good cause exists to extend the September 12, 2023 deadline by 62 days such that the Parties may file appropriate papers to dismiss or conclude this action in its entirety by November 13, 2023.

//
//
//
//
//
//
//

AGREED TO BY:

Dated: September 5, 2023                                HODGES & FOTY, LLP

By:   /s/ *Don J. Foty*
      Don J. Foty (admitted *pro hac vice*)
      David W. Hodges (admitted *pro hac vice*)

*Attorneys for Plaintiffs Heather Boone and Roxanne Rivera*

Dated: September 5, 2023                              GIBSON, DUNN & CRUTCHER LLP

By:   /s/ *Bradley J. Hamburger*
      Bradley J. Hamburger
      Tiffany Phan
      Andrew G.I. Kilberg (admitted *pro hac vice*)

*Attorneys for Defendant Amazon.com Services LLC*

Dated: September 5, 2023                              THE NOURMAND LAW FIRM, APC

By:   /s/ *Kyle J. Ignatius*
      Michael Nourmand
      James A. De Sario
      Kyle J. Ignatius

*Attorney for Plaintiff Cristian Barrera*

**ORDER**

Pursuant to the Parties' Joint Stipulation to Extend the Deadline to File Dispositional Papers, and good cause appearing, the deadline to file dispositional papers is extended. *See* Local Rule 160. The parties shall file dispositional papers on or before November 13, 2023.

IT IS SO ORDERED.

Dated: __September 5, 2023__    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE