| | |
|---|---|
| Matthew S. Parmet (SBN 296742)<br>matt@parmet.law<br>PARMET PC<br>340 S. Lemon Ave., #1228<br>Walnut, CA 91789<br>Telephone:   713.999.5228<br>Facsimile:    713.999.1187<br><br>*Local Counsel for Plaintiffs*<br><br>\*Don J. Foty<br>dfoty@hftrialfirm.com<br>\*David W. Hodges<br>dhodges@hftrialfirm.com<br>HODGES & FOTY, LLP<br>2 Greenway Plaza, Suite 250<br>Houston, Texas 77046<br>Telephone:    713.523.0001<br>Facsimile:     713.523.1116<br><br>*Attorneys for Plaintiffs Boone and Rivera*<br>\*Admitted *pro hac vice* | Bradley J. Hamburger (SBN 266916)<br>bhamburger@gibsondunn.com<br>Tiffany Phan (SBN 292266)<br>tphan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone:    213.229.7000<br>Facsimile:     213.229.7520<br><br>\*Andrew G.I. Kilberg<br>akilberg@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone:    202.955.8500<br>Facsimile:     202.467.0539<br><br>*Attorneys for Defendant* |

(Additional Counsel Listed on Following Page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HEATHER BOONE and ROXANNE RIVERA, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>CRISTIAN BARRERA, individually,<br><br>                    Plaintiff<br><br>     v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>                    Defendant. | **JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE DISPOSITIONAL PAPERS AND [PROPOSED] ORDER**<br><br>Case No. 1:21-CV-00241-NODJ-BAM – LEAD<br>Case No. 1:22-CV-00146-ADA-BAM-MEMBER |

**Additional Counsel:**

Michael Nourmand (SBN 198439)
mnourmand@nourmandlawfirm.com
James A. De Sario (SBN 262552)
jdesario@nourmandlawfirm.com
Kyle J. Ignatius (SBN 348857)
kignatius@nourmandlawfirm.com
THE NOURMAND LAW FIRM, APC
8822 West Olympic Boulevard
Beverly Hills, CA 90211
Telephone: 310.553.3600
Facsimile: 310.553.3603

*Attorneys for Plaintiff Cristian Barrera*

Plaintiffs Heather Boone, Roxanne Rivera, and Cristian Barrera and Defendant Amazon.com Services LLC (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and request as follows:

WHEREAS, on August 22, 2023, the Parties submitted a Notice of Settlement informing the Court that they had reached a tentative settlement;

WHEREAS, on August 23, 2023, the Court, pursuant to Local Rule 160, ordered that the Parties file appropriate papers to dismiss or conclude this action in its entirety by September 12, 2023;

WHEREAS, on September 6, 2023, the Court extended the deadline to file dispositional papers to November 13, 2023;

WHEREAS, on November 9, 2023, the Court further extended the deadline to file dispositional papers to December 13, 2023;

WHEREAS, the Parties have continued to make significant progress but need additional time to finalize and complete negotiations over the contents of a detailed long-form settlement agreement;

WHEREAS, because the long-form settlement agreement has not yet been finalized, Plaintiffs need additional time to prepare a motion for preliminary approval of a class-wide settlement to address the claims of more than 230,000 putative class members;

WHEREAS, Plaintiffs also need additional time to prepare a motion for preliminary approval because the expert consultant who is assisting them with the preparation of data supporting the motion has had conflicting obligations in November and December;

WHEREAS, the Parties are working diligently to complete the necessary dispositional papers to submit to the Court, but, in light of these circumstances above, require additional time to complete that work;

WHEREAS, the Parties respectfully submit that good cause exists for an extension of the deadline to file dispositional papers with the Court, *see* Local Rule 160(b);

THEREFORE, IT IS STIPULATED AND REQUESTED THAT, by and between the undersigned counsel, and subject to the Court's approval, good cause exists to extend the December

13, 2023 deadline by 30 days such that the Parties may file appropriate papers to dismiss or conclude this action in its entirety by January 12, 2024.

AGREED TO BY:

Dated: December 11, 2023                              HODGES & FOTY, LLP

By:   /s/ *Don J. Foty*
      Don J. Foty (admitted *pro hac vice*)
      David W. Hodges (admitted *pro hac vice*)

*Attorneys for Plaintiffs Heather Boone and Roxanne Rivera*

Dated: December 11, 2023                              GIBSON, DUNN & CRUTCHER LLP

By:   /s/ *Bradley J. Hamburger*
      Bradley J. Hamburger
      Tiffany Phan
      Andrew G.I. Kilberg (admitted *pro hac vice*)

*Attorneys for Defendant Amazon.com Services LLC*

Dated: December 11, 2023                              THE NOURMAND LAW FIRM, APC

By:   /s/ *Kyle J. Ignatius*
      Michael Nourmand
      James A. De Sario
      Kyle J. Ignatius

*Attorneys for Plaintiff Cristian Barrera*

**ORDER**

Pursuant to the Parties' Joint Stipulation to Extend the Deadline to File Dispositional Papers, and good cause appearing, the deadline to file dispositional papers will be extended to accommodate the filing of a motion for preliminary approval of the class-wide settlement. *See* L.R. 160. The parties shall file their anticipated motion for preliminary approval no later than **February 16, 2024**.

IT IS SO ORDERED.

Dated:   **December 11, 2023**          /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE