UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER BOONE and ROXANNE RIVERA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON SERVICES, LLC,<br><br>Defendant. | No.  1:21-cv-00241-NODJ-BAM<br><br>ORDER GRANTING JOINT STIPULATION CONSENTING TO JURISDICTION OF MAGISTRATE JUDGE TO DECIDE PLAINTIFFS'MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>(ECF No. 90) |

Having reviewed the Parties' Joint Stipulation Consenting to Jurisdiction of Magistrate Judge to Decide Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Motion for Final Approval of Class Action Settlement ("Stipulation") (ECF No. 90), the Court hereby GRANTS the Stipulation and orders as follows:

The pending Motion for Preliminary Approval of Class Settlement, filed on February 16, 2024, as Docket No. 89, is hereby submitted for decision to the assigned Magistrate Judge Barbara A. McAuliffe.  If that motion is granted, the Plaintiffs' Motion for Final Approval of

///

///

1

Class Action Settlement will also be submitted for decision to Magistrate Judge Barbara A. McAuliffe.

    IT IS SO ORDERED.

DATED: February 21, 2024.

_____<br>
CHIEF UNITED STATES DISTRICT JUDGE