**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| HEATHER BOONE and ROXANNE RIVERA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>CRISTIAN BARRERA, individually,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | Case: 1:21-CV-0241-KES-BAM-LEAD<br><br>Case: 1:22-CV-0146-KES-BAM-MEMBER<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING DEADLINE TO FILE AMENDED PROPOSED NOTICE AND SUPPLEMENTAL BRIEFING IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: Feb. 23, 2021<br>Trial Date: None |

On April 18, 2024, the parties filed a joint stipulation requesting a two-week extension to file an amended proposed notice of settlement and supplemental brief in support of Plaintiff's motion for preliminary approval. (Doc. 98.) The Court previously set a deadline of April 19, 2024 for the parties to file the amended notice and supplemental briefing. (Doc. 95.) The parties note that Plaintiffs require additional time to properly draft and finalize the amended notice and supplemental briefing, and Plaintiffs believe that they can finalize and file the amended notice and supplemental briefing within two weeks. (Doc. 98 at 3.) The parties further note that this extension would not require rescheduling the final settlement approval hearing set for October 29, 2024. (*Id.*)

///
///
///
///
///
///
///
///
///

The Court, having considered the parties' Stipulation regarding the deadline for Plaintiffs to file their Amended Proposed Notice of Settlement and Supplemental Briefing ordered by the Court in support of their Motion for Preliminary Approval of Class Action Settlement, and good cause having been shown, **GRANTS** the relief requested in the Stipulation. Plaintiffs shall file their Amended Proposed Notice of Settlement and Supplemental Briefing on or before **May 3, 2024**.

IT IS SO ORDERED.

Dated: **April 22, 2024**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2