MATTHEW S. PARMET, SBN 296742
  matt@parmet.law
PARMET PC
340 S. Lemon Ave., #1228
Walnut, CA 91789
Telephone: 713.999.5228
Facsimile: 713.999.1187

*Local Counsel for Plaintiffs Boone and Rivera*

*DON J. FOTY
  dfoty@hftrialfirm.com
*DAVID W. HODGES
  dhodges@hftrialfirm.com
HODGES & FOTY, LLP
2 Greenway Plaza, Suite 250
Houston, TX 77046
Telephone: 713.523.0001
Facsimile: 713.523.1116

*Attorneys for Plaintiffs Boone and Rivera*

*Continued on next page*

KATHERINE V.A. SMITH, SBN 247866
  ksmith@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
TIFFANY PHAN, SBN 292266
  tphan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*JASON C. SCHWARTZ
  jschwartz@gibsondunn.com
*ANDREW G.I. KILBERG
  akilberg@gibsondunn.com
*VICTORIA C. GRANDA
  vgranda@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036-4504
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Amazon.com Services LLC*

*Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| HEATHER BOONE and ROXANNE RIVERA, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> CRISTIAN BARRERA, individually, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES, LLC, <br><br> Defendant. | Case: 1:21-CV-0241-KES-BAM-LEAD <br><br> Case: 1:22-CV-0146-KES-BAM-MEMBER <br><br> **JOINT STIPULATION FOR CLARIFICATION OF FINAL APPROVAL ORDER AND [PROPOSED] ORDER** <br><br> Complaint Filed: Feb. 23, 2021 <br> Trial Date: None |

MICHAEL NOURMAND, SBN 198439
  mnourmand@nourmandlawfirm.com
JAMES A. DE SARIO, SBN 262552
  jdesario@nourmandlawfirm.com
THE NOURMAND LAW FIRM, APC
8822 West Olympic Boulevard
Beverly Hills, CA 90211
Telephone:  310.553.3600
Facsimile:  310.553.3603

*Attorneys for Plaintiff Barrera*

2

1     IT IS HEREBY STIPULATED by and between Plaintiffs Heather Boone, Roxanne Rivera,
2 and Christian Barrera ("Plaintiffs"), by and through their counsel of record, and Defendant
3 Amazon.com Services, LLC ("Defendant"), by and through its counsel of record, as follows:

4     WHEREAS, this Court issued an order granting final settlement approval on November 7,
5 2024 (Dkt. 115) (the "Order");

6     WHEREAS, Paragraph 11 of the "Conclusion and Order" section of the Order states that
7 $7,500.00 of the PAGA award shall be paid by the settlement administrator directly to California's
8 Labor and Workforce Development Agency ("LWDA");

9     WHEREAS, the Parties' settlement agreement provides that $75,000.00 of the PAGA
10 award shall be paid to the LWDA and Plaintiffs had sought for $75,000 to be paid to the LWDA,
11 *see* Order at 5;

12     WHEREAS, after the deadline to submit exclusion requests, the settlement administrator
13 received a request from one Class Member to exclude themselves from the settlement, and the
14 submission indicated that the Class Member had attempted to submit the request before the
15 deadline;

16     WHEREAS, accepting the one additional exclusion request would increase the total number
17 of exclusions/opt-outs from 16 to 17, out of 249,598 Class Members;

18     WHEREAS, the Parties believe that accepting the one additional request for exclusion has
19 no material impact on this case or the appropriateness of the settlement; and

20     NOW THEREFORE, the Parties stipulate, agree, and respectfully request that the Court
21 clarify: (1) that the settlement administrator shall pay $75,000.00 of the PAGA award directly to
22 the LWDA; and (2) the total number of exclusions from the Class is 17.

Respectfully submitted,

Dated: November 15, 2024                    Hodges & Foty, LLP

                                            By: */s/ Don J. Foty*
                                                Don J. Foty
                                            Attorneys for Plaintiffs Heather Boone and
                                                Roxanne Rivera

Dated: November 15, 2024                    The Nourmand Law Firm, APC

                                            By: */s/ James A. De Sario*
                                                James A. De Sario
                                            Attorneys for Plaintiff Cristian Barrera

Dated: November 15, 2024                    Gibson, Dunn & Crutcher LLP

                                            By: */s/ Bradley J. Hamburger*
                                                Bradley J. Hamburger
                                            Attorneys for Defendant

4

**ORDER**

Pursuant to the Parties' Joint Stipulation for Clarification of Final Order,

IT IS SO ORDERED: (1) that Paragraph 11 of the "Conclusion and Order" section of the Court's Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement is revised to direct the settlement administrator to pay $75,000.00 of the PAGA award directly to California's Labor and Workforce Development Agency; and (2) that 17 individuals have been excluded from the Class.

IT IS SO ORDERED.

Dated: **November 18, 2024**          /s/ *Barbara A. McAuliffe*
                                                                                 UNITED STATES MAGISTRATE JUDGE