1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| HEATHER BOONE and ROXANNE RIVERA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>CRISTIAN BARRERA, individually,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | Case: 1:21-CV-0241-KES-BAM-LEAD<br><br>Case: 1:22-CV-0146-KES-BAM-MEMBER<br><br>**FINAL ORDER AND JUDGMENT**<br><br>Complaint Filed: Feb. 23, 2021<br>Trial Date: None |

Previously, the Court issued an order granting final approval of the Class Action Settlement Agreement that was reached between parties. (Dkt. 115). The parties now request a final judgment be issued, consistent with the terms of their settlement agreement and the final approval order. Accordingly, the Court incorporates its prior findings in granting final approval of the Class Action Settlement (Dkt. 115), as amended by the Court's Order on the joint stipulation for clarification of the order (Dkt. 117), and, incorporating defined terms from the Settlement Agreement, ORDERS AND ADJUDGES AS FOLLOWS:

1. The Court approves the settlement of this class action in accordance with the terms of the Settlement Agreement and finds that the Settlement Agreement, the Settlement described therein, and the Gross Settlement Fund of $5,500,000.00 are fair, reasonable, and adequate in all respects pursuant to Rule 23(e) of the Federal Rules of Civil Procedure;

2. The Court approves Class Counsel's attorney's fees in the amount of $1,833,333.333 and costs in the amount of $69,881.64;

3. The Court approves the Class Representative Enhancement Payments in the amount of $30,000.00 total, allocated as follows: $10,000.00 to Plaintiff Heather Boone, $10,000.00 to Plaintiff Roxanne Rivera, and $10,000 to Plaintiff Cristian Barrera;

4. The Court approves the Non-California Payments in the amount of $200.00 total, representing $50 to each of the four Non-California FLSA Opt-In Plaintiffs: Taylor Bouie, Camryn McSweeney, Omar Ramirez Vasquez, and George Werito;

5. The Court approves the PAGA award of $100,000.00, of which $75,000.00 shall be paid to the California Labor and Workforce Development Agency and $25,000 distributed to PAGA Settlement Members on a *pro rata* basis;

6. The Court approves the Settlement Administration Costs of $392,341.00 to be paid from the Gross Settlement Fund to Rust Consulting, Inc.;

7. The Court approves the Individual Settlement Payments to the Participating Settlement Class Members in amounts based on the *pro rata* distribution of the Net Settlement Amount;

8. The Court approves the release of claims in the Settlement Agreement;

9. The Participating Settlement Class Members are barred from prosecuting any Released Class Claims against the Released Parties, as those terms are defined in the Settlement Agreement;

10. The PAGA Settlement Members are barred from prosecuting any Released PAGA Claims against the Released Parties;

11. The Non-California FLSA Opt-In Plaintiffs are barred from prosecuting any Released Non-California Claims against the Released Parties;

12. The Settlement Administrator shall issue all payments to the Participating Settlement Class Members, PAGA Settlement Members, the Non-California FLSA Opt-In Plaintiffs, and the California Labor and Workforce Development Agency within twenty-one (21) calendar days of the Funding Date set forth in the Settlement Agreement;

13. The Settlement Administrator shall issue the payments to Class Counsel for their attorney's fees and costs within twenty-one (21) calendar days of the Funding Date set forth in the Settlement Agreement;

14. The Settlement Administrator shall issue the payments to the Class Representatives within twenty-one (21) calendar days of the Funding Date set forth in the Settlement Agreement;

15. Upon completion of the administration of the Settlement, the Settlement Administrator shall provide a written declaration under oath to certify such completion to the Court and counsel for all parties, and Class Counsel shall file such declaration with the Court;

16. Based upon the Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt. 115), as amended by the Order on the joint stipulation (Dkt. 117), the Court hereby enters final judgment in this action as defined in Rule 58(a)(1) of the Federal Rules of Civil Procedure;

17. Without affecting the finality of this Judgment in any way, the Court hereby retains jurisdiction for a period of nine (9) months from the date of the Order Granting

1. Plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt. 115) for purposes of resolving issues relating to the interpretation, administration, implementation, effectuation, and enforcement of the Settlement;

18. The parties are ORDERED to comply with the terms of the Settlement and Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement, including bearing their own costs and attorney's fees except as provided for in the Settlement Agreement.

19. The Clerk of Court shall close this case.

IT IS SO ORDERED.

    Dated:   January 3, 2025

_____
UNITED STATES DISTRICT JUDGE